PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal in each of above causes dismissed; mandates forthwith.

that this cause be docketed in this court, and that this appeal be, and the same is hereby, dismissed, pursuant to section 1 of rule 14 of the Rules of this court.

---

**UNITED STATES of America ex rel. CHIN MING GEE, Relator-Appellant, v. Edward CORSI, Commissioner of Immigration, New York, N. Y., Respondent-Appellee.**

No. 88.

Circuit Court of Appeals, Second Circuit.

Oct. 17, 1932.

Griffiths & Content, of New York City, for appellant.

George Z. Medalie, U. S. Atty., of New York City (Maurice DeKoven, Asst. U. S. Atty., of New York City, of counsel), for respondent.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Affirmed on the authority of U. S. ex rel. Fong On v. Day (C. C. A.) 54 F.(2d) 990.

---

**UNITED STATES of America ex rel. Sylvester DOMALIK v. Byron GOODALL, Immigration Officer in Charge, and S. D. Smith District Director of Immigration of the United States Department of Labor.**

No. 4858.

Circuit Court of Appeals, Seventh Circuit.

Oct. 6, 1932.

Oliver M. Loomis, U. S. Atty., and George L. Rulison, Asst. U. S. Atty., both of South Bend, Ind., for appellee.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is now here ordered and adjudged by this court

---

**UNITED STATES of America ex rel. Arthur D'Oliveira FANECO, Appellant, v. Edward CORSI, Commissioner of Immigration at the Port of New York, Appellee.**

No. 188.

Circuit Court of Appeals, Second Circuit.

Nov. 21, 1932.

William I. Cohen, of New York City, for appellant.

George Z. Medalie, U. S. Atty., of New York City (Ira Koenig, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order [57 F.(2d) 868] affirmed.

---

**UNITED STATES of America ex rel. Roman GLISTA v. S. D. SMITH, District Director of Immigration.**

No. 4889.

Circuit Court of Appeals, Seventh Circuit.

Nov. 22, 1932.

Dwight H. Green, U. S. Atty., of Chicago, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is now here ordered and adjudged by this court that this cause be docketed in this court, and that this appeal be, and the same is hereby,